UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN RUSSELL MEYER,

    Plaintiff,

v.

ARNOLD SCHWARZENEGGER; et al.,

    Defendants.

No. C 06-6235 SI (pr)

**ORDER OF TRANSFER**

    Kevin Russell Meyer filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions by staff at Mule Creek State Prison in Ione. That facility is in Amador County, within the venue of the Eastern District of California. Defendants also apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The court has not ruled on any pending motions. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: November 15, 2006

                                            _____
                                            SUSAN ILLSTON
                                            United States District Judge